AO 442 (Rev. 11/11) Arrest Warrant

REC'D USMS-FARGO, ND
'25 DEC 11 PM 4:41

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Vincent Brad Taylor, | ) Case No. | 3:25-cr-275-2 |
| a/k/a Vino | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Vincent Brad TAYLOR,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances

Date: 12/11/2025

/s/Sarah Lien
*Issuing officer's signature*

City and state: Fargo, ND

Sarah Lien, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on (date) 12-11-25, and the person was arrested on (date) 1-7-2026
at (city and state) Moose Lake, MN

Date: 1-15-2026

SA [signature]
*Arresting officer's signature*

SA Brandon Betzel
*Printed name and title*