AO 442 (Rev. 11/11) Arrest Warrant

REC'D USMS-FARGO, ND
'25 DEC 11 PM 4:41

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) |
| v. | ) |
| David Kemo Johnson, | ) Case No. 3:25-cr-275-1 |
| a/k/a Shorty | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  David Kemo JOHNSON,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances

Date: 12/11/2025

/s/Sarah Lien
*Issuing officer's signature*

City and state: Fargo, ND

Sarah Lien, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 12-11-25, and the person was arrested on *(date)* 1-14-2026
at *(city and state)* Eau Claire, WI.

Date: 1-15-2026

SA [signature]
*Arresting officer's signature*

SA Brenden Betzel
*Printed name and title*